MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Darren V. Ford (CDC#K17549) Pro-se <br> Box 8457 Lancaster, CA., 93539 <br><br> TELEPHONE NO.:     FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Darren V. Ford | **FILED** <br> SEP 0 7 2018 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY CLERK |
| District ~~SUPERIOR~~ COURT OF CALIFORNIA, COUNTY OF Sacramento <br> STREET ADDRESS: <br> MAILING ADDRESS: 501 "I" St. Suite 4-200 <br> CITY AND ZIP CODE: Sacramento, CA 95814 <br> BRANCH NAME: Eastern District Court | |
| PLAINTIFF/PETITIONER: Darren V. Ford | CASE NUMBER: <br> 2:17-CV-01928-DB-P |
| DEFENDANT/RESPONDENT: C. Pierce | JUDICIAL OFFICER: |
| NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION | DEPT.: |

1. Please take notice that, as of (date): 8/20/2018
   ☒ the following self-represented party or
   ☐ the attorney for:
   a. ☒ plaintiff (name): Darren Vincent Ford
   b. ☐ defendant (name):
   c. ☐ petitioner (name):
   d. ☐ respondent (name):
   e. ☐ other (describe):

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.

   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for (name): Darren V. Ford
   is as follows:
   a. Street: Box 8457
   b. City: Lancaster
   c. Mailing address (if different from above):
   d. State and zip code: California, 93539
   e. Telephone number: N/A
   f. Fax number (if available): N/A
   g. E-mail address (if available): N/A

3. **All notices and documents** regarding the action should be sent to the above address.

Date: 8/30/2018

Darren V. Ford
(TYPE OR PRINT NAME)

_/s/ Darren V. Ford_
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use <br>
Judicial Council of California <br>
MC-040 [Rev. January 1, 2013]

**NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

Cal. Rules of Court, rules 2.200 and 3.816 <br>
www.courts.ca.gov