UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>Plaintiff,<br><br>v.<br><br>C. PIERCE,<br><br>Defendant. | No. 2:17-cv-1928 JAM DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 27, 2018, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (See ECF No. 46). Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued December 27, 2018 (ECF No. 46), are ADOPTED in full;

2. Plaintiff is herein declared a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g);

3. Plaintiff's in forma pauperis status granted January 11, 2018 (see ECF No. 12) is herein REVOKED in light of 28 U.S.C. § 1915(g);

4. Plaintiff's motion to proceed in forma pauperis filed December 13, 2018 (ECF No. 42) is DENIED, and

5. Within thirty days of the date of this order, plaintiff shall pay the appropriate filing fee prior to proceeding further with this action. Failure do so within the time period allotted will result in a dismissal of this action.

DATED: January 15, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE