UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>    Plaintiff,<br><br>  v.<br><br>C. PIERCE,<br><br>    Defendant. | No. 2:17-cv-1928 JAM DB P<br><br>ORDER |

By an order issued January 16, 2019, plaintiff was ordered to pay the appropriate filing fee within thirty days prior to proceeding further with this action. (ECF No. 48). At that time, he was also cautioned that failure to do so would result in the dismissal of this action. The thirty-day period has now expired, and plaintiff has not paid the required filing fee.

In accordance with the above, IT IS HEREBY ORDERED that this action be DISMISSED without prejudice for failure to pay the filing fee in accordance with 28 U.S.C. § 1915(g).

DATED: March 27, 2019

                                                      /s/ John A. Mendez
                                                     UNITED STATES DISTRICT COURT JUDGE